UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Case No. 23-cr-20532
Hon. Matthew F. Leitman

ALSIDE BETANCOURTH-BETANCOURTH,
a/k/a Edas Carrasco-Banegas

    Defendant.
_____/

## ORDER OF DETENTION PENDING TRIAL

On October 3, 2023 and October 16, 2023, the Court held a hearing to review whether Defendant should be detained pending trial. For the reasons explained on the record at the conclusion of the October 16, 2023 hearing (which incorporated many of the Court's observations and concerns as expressed during the October 3, 2023 hearing), the Court concludes that the Government has proven by a preponderance of the evidence that there is no condition or series of conditions that will reasonably assure Defendant's appearance at trial. While Defendant suggested that a GPS tether and other conditions such as substance abuse counseling would be sufficient to assure his appearance at trial, the Court respectfully disagrees and concludes that (as explained on the record) given the Defendant's strong incentives for non-appearance, the gravity of his substance abuse issues, and the lack of his

1

meaningful lawful ties to the community, the conditions proposed by Defendant would not be sufficient to reasonably assure his appearance at trial. For these reasons and those further explained on the record, Defendant shall be detained pending trial.

**IT IS SO ORDERED.**

                                         s/Matthew F. Leitman
                                         MATTHEW F. LEITMAN
                                         UNITED STATES DISTRICT JUDGE

Dated: October 17, 2023

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 17, 2023, by electronic means and/or ordinary mail.

                                         s/Holly A. Ryan
                                         Case Manager
                                         (313) 234-5126